IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

THOMAS H. TAYLOR, JR.                                  PLAINTIFF

VS.                                 CIVIL ACTION NO. 4:06CV124TSL-LRA

TOWN OF DEKALB, MISSISSIPPI, ET AL.              DEFENDANTS

ORDER

This cause is before the court sua sponte.

Based on plaintiff's failure to respond to the court's September 25, 2009 show cause order and his failure to attend the December 14, 2009 pretrial conference, it is ordered that plaintiff's claims are dismissed for failure to prosecute. Fed. R. Civ. P. 41(b).

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this the 4th day of January, 2010.

/s/ Tom S. Lee_____

UNITED STATES DISTRICT JUDGE