IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION


THOMAS H. TAYLOR, JR.                                      PLAINTIFF

VS.                          CIVIL ACTION NO. 4:06CV124TSL-LRA


TOWN OF DEKALB, MISSISSIPPI, ET AL.                       DEFENDANTS


JUDGMENT

    In accordance with the order entered this date, it is hereby

ORDERED AND ADJUDGED that the complaint of Thomas H. Taylor, Jr.

is dismissed with prejudice.

    SO ORDERED AND ADJUDGED this 4th day of January, 2010.


                              /s/ Tom S. Lee_____
                              UNITED STATES DISTRICT JUDGE